IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COURTNEY DJARIS WILSON, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:18-CV-865-WKW-CSC |
| | ) [WO] |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgement pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 1st day of November, 2021.

                                          /s/   W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE